AO 450 (Rev. 5/85) Judgment in a Civil Case ⊕

# UNITED STATES DISTRICT COURT

\*\*\*\*\*     DISTRICT OF   NEVADA

JEREMY A. CROZIER,

    Plaintiff,     JUDGMENT IN A CIVIL CASE

V.

                                  CASE NUMBER:   **3:10-cv-00208-HDM-VPC**

UNITED STATES OF AMERICA, et al.,

    Defendants.

☐   **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

☐   **Decision by Court.** This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

**X**   **Decision by Court.** This action came to be considered before the Court. The issues have been considered and a decision has been rendered.

    **IT IS ORDERED AND ADJUDGED** that all named defendants are DISMISSED. FURTHER ORDERED that this action is DISMISSED.

| November 17, 2010 | **LANCE S. WILSON** |
|---|---|
| Date | Clerk |

                                                /s/   M. Campbell
                                                       Deputy Clerk